Amelia E. McAllister, Respondent, *v.* Robert E. McAllister, Appellant.*

First Department, June 2, 1939.

*Colley E. Williams* of counsel [*Whitman, Ransom, Coulson & Goetz* with him on the brief; *Charles D. Jewell,* attorney], for the appellant.

*George Gordon Battle* of counsel [*Alvin Miller* with him on the brief; *Battle, Levy, Fowler & Neaman,* attorneys], for the respondent.

Per Curiam. The order granting alimony *pendente lite* and counsel fee should be affirmed, with ten dollars costs and disbursements. Should plaintiff fail diligently to prosecute her action, defendant may apply at Special Term for a modification of this order.

The order of sequestration should be modified by providing that, in the event that defendant fails within ten days after service of a copy of the order to be entered hereon to file an undertaking in the sum of $25,000 to insure compliance by defendant with all orders of this court, the defendant's interest in the Spencer estate

* See 171 Misc. 72.

to the extent of $25,000 may be sequestered, and as so modified, the order should be affirmed, without costs.

Present — MARTIN, P. J., O'MALLEY, GLENNON, COHN and CALLAHAN, JJ.

Order granting alimony *pendente lite* unanimously affirmed, with ten dollars costs and disbursements.

Order of sequestration unanimously modified by providing that in the event that defendant fails within ten days after service of a copy of the order to be entered hereon to file an undertaking in the sum of $25,000 to insure compliance by defendant with all orders of the court, the defendant's interest in the Spencer estate may be sequestered to the extent of $25,000, and as so modified, affirmed, without costs.   Settle order on notice.